# IN THE SUPREME COURT OF THE STATE OF NEVADA

VENETIAN CASINO RESORT, LLC, A NEVADA LIMITED LIABILITY COMPANY; AND LAS VEGAS SANDS, LLC, A NEVADA LIMITED LIABILITY COMPANY,
Petitioners,
vs.
THE EIGHTH JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA, IN AND FOR THE COUNTY OF CLARK; AND THE HONORABLE KATHLEEN E. DELANEY, DISTRICT JUDGE,
Respondents,
    and
JOYCE SEKERA, AN INDIVIDUAL,
Real Party in Interest.

No. 80450

**FILED**

JAN 27 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
      DEPUTY CLERK

## *ORDER DENYING PETITION FOR WRIT OF MANDAMUS OR PROHIBITION*

This original, emergency petition for a writ of mandamus or prohibition challenges a district court order denying summary judgment based on the Nevada Industrial Insurance Act's exclusive remedy provision.

Having considered petitioners' arguments and supporting documentation, we conclude that our extraordinary intervention is not warranted in this matter. Petitioners have an adequate and speedy legal remedy in the form of an appeal from the final judgment, precluding writ

20-03663

relief. NRS 34.170; NRS 34.330; *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 225, 88 P.3d 840, 841 (2004). Accordingly, we

ORDER the petition DENIED.[1]

_____, J.
Gibbons

_____, J.
Stiglich

_____, J.
Silver

cc: Hon. Kathleen E. Delaney, District Judge
Royal & Miles, LLP
Claggett & Sykes Law Firm
The Galliher Law Firm
Eighth District Court Clerk

_____

[1]In light of this order, petitioners' emergency motion for stay is denied as moot.